UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>SUSANA SIU, et al.,<br><br>    Defendants. | No. 2:13-cv-1609 JAM CKD<br><br><br><br>ORDER |

This matter came on for an informal discovery conference on October 30, 2014. Amanda Lockhart appeared telephonically for plaintiff. Michael Welch appeared for defendants. Upon review of the letter briefs, discussion of counsel, and good cause appearing, THE COURT ORDERS AS FOLLOWS:

1. Defense counsel represented that no claim of financial hardship will be made. Accordingly, no further response need be made to interrogatories addressing defendants' financial status.

2. Defense counsel represented that all responsive documents to the request for inspection of documents, comprising approximately one inch of documents, shall be made available for

/////

/////

/////

1

inspection and copying at the offices of defense counsel.  No further order will be made regarding the production of documents.

Dated:  November 3, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 johnson-siu.oah