UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

    Plaintiff,

v.

WILLIAM SIU;
SUSANA CHAN SIU;
ONE STOP GAS INC., a California Corporation; and Does 1-10,

    Defendants.

Case: 2:13-CV-01609-JAM-CKD

**ORDER**

**ORDER**

Pursuant to stipulation, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: 8/28/2015    /s/ John A. Mendez
                            HONORABLE JOHN A. MENDEZ
                            UNITED STATES DISTRICT COURT JUDGE